Writ granted but limited to Assignment of Error No. 2, relating to interest. In all other respects the application is denied.

190 So.2d 914

**STATE of Louisiana, through The SABINE RIVER AUTHORITY, State of Louisiana,**

v.

**Oriole Montgomery WOODARD et al.**

No. 48411.

Oct. 21, 1966.

In re: The Sabine River Authority, State of Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 189 So.2d 601.

Writ granted, but limited to a consideration of Assignment of Error No. 2. In all other respects, the application is denied.